UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LEWY,

                Plaintiff,

     - against -

AMERICAN HONDA FINANCE
CORPORATION,

                Defendant.

**ORDER**

21 Civ. 10196 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court has referred this matter to Judge Aaron for general pretrial supervision, and has also referred Defendant's pending motion to dismiss (Dkt. No. 6) to Judge Aaron for a Report and Recommendation. (See Dkt. No. 7) Accordingly, the initial pre-trial conference before this Court scheduled for March 10, 2022 is adjourned sine die.

Dated:  New York, New York
         December 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge