UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chaim Lewy,

                        Plaintiff,

-against-

American Honda Finance Corporation,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

1:21-cv-10196 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Plaintiff shall file any opposition to Defendant's Motion to Dismiss (ECF No. 6) no later than January 14, 2022. Defendant shall file any reply no later than February 4, 2022. If Plaintiff fails to respond to Defendant's motion, the Court intends to issue its Report and Recommendation regarding the motion based on Defendant's papers alone.

      Plaintiff is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, see https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

**SO ORDERED.**

DATED: New York, New York
December 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge

2