UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chaim Lewy,

                Plaintiff,

-against-

American Honda Finance Corporation,

                Defendant.

1:21-cv-10196 (PGG) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

**STEWART D. AARON, United States Magistrate Judge:**

In Defendant's Brief in support of its motion to dismiss (Def.'s Br., ECF No. 6-1), Defendant refers to matters outside the pleadings.[1] Accordingly, no later than December 23, 2021, Defendant shall file and serve the notice required by Local Civil Rule 12.1, since the Plaintiff in this case is *pro se*.[2]

Based on the foregoing, the dates set forth in the Court's previous Order (12/15/21 Order, ECF No. 9) regarding the briefing schedule for Defendant's Motion to Dismiss are hereby extended, as follows: Plaintiff shall file any opposition to Defendant's motion no later than January 21, 2022, and Defendant shall file any reply no later than February 11, 2022.

---

[1] For example, there is discussion in Defendant's Brief of certain terms of a Motor Vehicle Lease Agreement and an Easy Pay Agreement (*see* Def.'s Br. at 1; *see also* Def.'s Br. at 5), in circumstances where Plaintiff's Complaint only vaguely refers to a "contractual agreement to which Plaintiff authorized Defendant to bill payments to Plaintiff[] monthly," and does not set forth any other terms of such agreement. (*See* Compl., ECF No. 1-1, ¶ 8.) In addition, the Court notes that Defendant's Notice of Motion refers to a "Certification of Dafney Dubuisson Stokes." (Def.'s Not. of Mot., ECF No. 6.) However, aside from a Certificate of Service signed by Ms. Stokes, no "Certification of Dafney Dubuisson Stokes" has been filed.

[2] In addition, if there is a separate "Certification of Dafney Dubuisson Stokes" that has yet to be filed, such Certification shall be filed and served no later than December 23, 2021.

The Clerk of the Court is respectfully requested to mail this Order and the Court's previous Order (ECF No. 9) to Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED:    New York, New York
         December 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge